PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Faison, Robert       Cr.: 2:11 690-01
    PACTS Number: 60559

Name of Sentencing Judicial Officer: Honorable Esther Salas

Date of Original Sentence: 01/31/12

Original Offense: Conspiracy to pass counterfeit currency

Original Sentence: Five months custody, two years supervised release, five months location monitoring, no new debt, no new debt, drug treatment and pay a $3570.00 restitution.

Type of Supervision: Supervised release      Date Supervision Commenced: 06/22/12

## PETITIONING THE COURT

[ ] To extend the term of supervision for    Years, for a total term of    Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

At the time of sentencing, Mr. Faison was ordered to pay the cost of location monitoring. However, the offender has been unable to secure employment and has been unemployed throughout the supervision period. In addition he has no consistent income and his current debt is totaling approximately $1500 monthly. Mr. Faison remains enrolled in the Building Works job training program, and is scheduled to graduate in 2013. Based on this information we are requesting that the $486.54 owed for location monitoring be waived by the Court.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 12/17/12

---

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/18/12
Date